

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00009-CR

Jose Valentine **FACIO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR1159
Honorable Joey Contreras, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the motion to withdraw is GRANTED and the trial court's judgment is AFFIRMED.

SIGNED December 5, 2018.

_____
Marialyn Barnard, Justice